CAUSE NO. 13-11-00232-CVK

| | | |
|---|---|---|
| CHARLES E. HARRELL and | § | FILED IN IN THE DISTRICT COURT APPEALS |
| HOLLIS R. HARRELL, | § | SAN ANTONIO, TEXAS |
| *Plaintiffs* | § | 3/2/2015 3:29:17 PM |
| | § | KEITH E. HOTTLE |
| VS. | § | 218TH JUDICIAL DISTRICT Clerk |
| | § | |
| PETER J. DRAGON, | § | |
| *Defendant.* | § | KARNES COUNTY, TEXAS |

## NOTICE OF APPEAL

PETER J. DRAGON, Defendant, files this Notice of Appeal and would respectfully show the Court as follows:

1. Defendant desires to appeal to the FOURTH COURT OF APPEALS IN SAN ANTONIO, TEXAS the Final Judgment granting summary judgment to CHARLES E. HARRELL and HOLLIS R. HARRELL, Plaintiffs, and denying Defendant's motion for summary judgment in the above-entitled and numbered cause rendered on February 13, 2015. A copy of the Final Judgment is attached hereto as Exhibit "A".

2. Defendant requests that the District Clerk serve upon the CLERK of the FOURTH COURT OF APPEALS copies of Defendant's Notice of Appeal and all docket entries made pursuant to the above entitled cause of action.

Respectfully submitted,

FILED
IN THE OFFICE
OF THE DISTRICT CLERK

FEB 1 7 2015

AT 4:20 PM O'CLOCK
DENISE RODRIGUEZ
KARNES COUNTY DISTRICT CLERK

LANGLEY, BANACK & BUTLER
114 N. Panna Maria Ave.
Karnes City, Texas 78118
Telephone No. (830) 780-2700
Facsimile No. (830) 780-2701

BY: _____
Clinton M. Butler

L & B 00120/0001/L0805861.DOCX/

cbutler@langleybanack.com
State Bar No. 24045591
Elizabeth R. Kopecki
ekopecki@langleybanack.com
State Bar No. 24087859

## CERTIFICATE OF SERVICE

I certify that on this 17ᵗʰ day of February, 2015, a true and correct copy of the foregoing

document was served via facsimile on:

Jesse R. Castillo
Edward C. Snyder
Melanie A. Jimenez
Castillo Snyder, P.C.
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas 78205
Telephone: (210) 630-4200
Facsimile: (210) 630-4210

Clinton M. Butler

CAUSE NO. 13-11-00232-CVK

| | | |
|---|---|---|
| CHARLES E. HARRELL and HOLLIS R. HARRELL, | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v. | § § | 218ᵀᴴ JUDICIAL DISTRICT |
| | § § | |
| PETER J. DRAGON, | § § | |
| Defendant. | § | KARNES COUNTY, TEXAS |

## FINAL JUDGMENT

On this day came to be considered Plaintiffs Charles E. Harrell and Hollis R. Harrell's Motion for Summary Judgment (the "Harrell Motion"), and Defendant Peter J. Dragon's Motion for Summary Judgment (the "Dragon Motion"). After considering the Harrell Motion and Defendant Peter J. Dragon's Response to the Harrell Motion, the Court is of the Opinion that the Harrell Motion should be and it is hereby granted. After considering the Dragon Motion and Plaintiffs Charles E. Harrell and Hollis R. Harrell's Response to the Dragon Motion, the Court is of the opinion that the Dragon Motion should be and it is hereby denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs Charles. E. Harrell and Hollis R. Harrell are entitled to declaratory judgment on the interpretation of the following non-participating royalty interest reservation language contained in the February 8, 1991 Warranty Deed With Vendor's Lien, wherein Hollis R. Harrell and wife, Mary Harrell conveyed 9.954 acres of land to Peter J. Dragon and wife, Sharon M. Dragon (the "Warranty Deed"), recorded in Volume 614, page 537 of the Deed Records of Karnes County, Texas:

> "SAVE AND EXCEPT HOWEVER, and there is hereby reserved unto the Grantors, their heirs and assigns, a free non-participating interest in and to the royalty on oil, gas and other mineral in and under the hereinabove described property consisting of ONE-HALF (½) of the interest now owned by Grantors together with ONE-HALF (½) of the reversionary rights in and to the presently outstanding royalty in on and under said property, perpetually from date hereof"

IT IS FURTHER ORDERED AND DECREED that Plaintiffs CHARLES E. HARRELL and HOLLIS R. HARRELL own a one-half (1/2) royalty interest in the 9.954 acre tract of land situated within the Ramon Musquiz Four League Grant, A-7 Karnes County, Texas, and being that certain Tract No. One

EXHIBIT "A"

(4.85 acres) and Tract No. Two (3.51 acres) (by re-survey found to contain 9.954 acres) as described in the Warranty Deed.

IT IS FURTHER ORDERED that pursuant to Chapter 37 of the Texas Civil Practice & Remedies Code, Plaintiffs Charles E. Harrell and Hollis R. Harrell have and recover from Defendant Peter J. Dragon the amount of Seventeen Thousand Five Hundred Dollars ($17,500.00) in reasonable and necessary attorneys' fees for legal services rendered in preparation and final resolution of this case in this Court and that such attorney's fees are equitable and just.

IT IS FURTHER ORDERED, that pursuant to Chapter 37 of the Texas Civil Practice & Remedies Code, Plaintiffs Charles E. Harrell and Hollis R. Harrell have and recover from Defendant Peter J. Dragon the amount of Twelve Thousand Five Hundred Dollars ($12,500.00) in attorneys' fees if this judgment is appealed to the Fourth Court of Appeals and Five Thousand Dollars ($5,000.00) in attorneys' fees if Defendant Peter J. Dragon files a petition for review with the Texas Supreme Court and Ten Thousand Dollars ($10,000.00) in attorneys' fees in the event the Texas Supreme Court grants Defendant Peter J. Dragon's Petition For Review.

IT IS FURTHER ORDERED, that Plaintiffs Charles E. Harrell and Hollis R. Harrell have and recover from Defendant Peter J. Dragon post judgment interest on the attorneys' fees set forth above as allowed by law at the legal rate of five percent (5%) per annum, compounded annually, from the date this judgment is rendered until the judgment is satisfied.

Plaintiffs Charles E. Harrell and Hollis R. Harrell shall be entitled to all writs, execution and processes allowed by law in order to recover and collect all sums awarded to Plaintiffs pursuant to this Final Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Final Judgment SUPERSEDES, REPLACES, and AMENDS the Order on Plaintiffs Charles E. Harrell and Hollis R. Harrell's Motion for Summary Judgment and Defendant Peter J. Dragon's Motion for Summary Judgment signed by this Court on November 13, 2014, and entered in Volume A87, Pages 171–73 of the Karnes County, Texas District Court Civil Minutes.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any relief requested but not granted herein is DENIED.

SIGNED this __13__ day of __February_____, 2015.

_____
PRESIDING JUDGE

APPROVED AS TO FORM:

CASTILLO SNYDER, P.C.
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, TX 78205
Telephone: (210) 630-4200
Facsimile: (210) 630-4210

_____
JESSE R. CASTILLO
State Bar No. 03986600
jcastillo@casnlaw.com
EDWARD C. SNYDER
State Bar No. 00791699
esnyder@casnlaw.com
MELANIE A. CASTILLO
State Bar No. 24074491
mcastillo@casnlaw.com

*ATTORNEYS FOR PLAINTIFFS*
*CHARLES E. HARRELL and HOLLIS R. HARRELL*

LANGLEY, BANACK & BUTLER

114 N. Panna Maria Ave.
Karnes City, Texas 78118
(830) 780-2700
(830) 780-2701 (Facsimile)

_____
Clinton M. Butler
State Bar No. 24045591
cbutler@langleybanack.com
Elizabeth R. Kopecki
State Bar No. 24087859
ekopecki@langleybanack.com

*ATTORNEYS FOR DEFENDANT*
*PETER J. DRAGON*